IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA     :     CRIMINAL ACTION

v.     :

Demetrius Jermaine Anderson     :     NO. 04-278 & 04-552
USM #58429-066

## **O R D E R**

AND NOW, this 28th day of February, 2019, it is hereby Ordered that the Clerk

shall issue a bench warrant for the arrest of defendant, Demetrius Jermaine Anderson, for his failure to

serve an outstanding federal sentence.


**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond

_____

Paul S. Diamond, J.


benchwar.frm (9/96)