IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| Demetrius Jermaine Anderson | : | NO. 04-278 & 04-552 |

**FILED**
MAR 2 8 2019
KATE BARKMAN, Clerk
By_____ Dep Clerk

## ORDER

AND NOW, this 28th day of March, 2019, it is hereby Ordered that the Clerk shall issue a bench warrant for the arrest of defendant, Demetrius Jermaine Anderson, for his failure to serve an outstanding federal sentence. Defendant shall be transported to the Federal Detention Center in Philadelphia, PA, for designation.

**AND IT IS SO ORDERED.**

_/s/ Paul S. Diamond_
Paul S. Diamond, J.

benchwar.frm (9/96)