AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

United States of America
v.

__DEMETRIUS JERMAINE ANDERSON__
*Defendant*

Case No.   04-CR-278 & 04-CR-552

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DEMETRIUS JERMAINE ANDERSON

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED ORDER

Date:   02/28/2019

Thomas Giambrone, Deputy Clerk
*Issuing officer's signature*

City and state:   Philadelphia, PA

KATE BARKMAN, CLERK OF COURT
*Printed name and title*

RECEIVED 2019 FEB 28 PM 2:21 UNITED STATES MARSHAL EASTERN DISTRICT OF PENNSYLVANIA

| Return |
|---|
| This warrant was received on *(date)* 2-28-19, and the person was arrested on *(date)* 3-20-19 at *(city and state)* CT |
| Date:   3-20-19               USMS
*Arresting officer's signature*

*Printed name and title* |