# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 04-278-1 |
| | : | |
| | : | |
| DEMETRIUS JERMAINE ANDERSON | : | |

## ENTRY OF APPEARANCE AND WITHDRAWAL OF APPEARANCE

I hereby enter my appearance on behalf of defendant, Demetrius Jermaine Anderson, in the above-captioned matter. Please remove Catherine Henry, Senior Litigator, as attorney of record.

Respectfully submitted,

 /s/ Rossman D. Thompson, Jr.
ROSSMAN D. THOMPSON, JR.
Assistant Federal Defender

Withdrawing Attorney:

 /s/ Catherine Henry
CATHERINE HENRY
Senior Litigator

# **CERTIFICATE OF SERVICE**

I, Rossman D. Thompson, Jr., Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of the Entry of Appearance and Withdrawal of Appearance, by electronic notification and hand delivery, upon Albert S. Glenn, Assistant United States Attorney, to his office located at Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania 19106.

    /s/ Rossman D. Thompson, Jr.
ROSSMAN D. THOMPSON, JR.
Assistant Federal Defender

DATE:    April 3, 2019