IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 04-278** |
| | : | **Crim. No. 04-552** |
| **DEMETRIUS JERMAINE ANDERSON** | : | |

# O R D E R

**AND NOW**, this 3rd day of April, 2019, it is hereby **ORDERED** that:

1. The April 4, 2019 hearing is **CONTINUED**; and

2. The Parties shall, by April 17, 2019, **SUBMIT** legal memoranda in which they address whether Defendant still has an obligation to pay the $4,140 in restitution and $400 special assessment as ordered on May 4, 2005, and, if so, how that obligation is to be structured and enforced.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.