IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: 4/4/2019 |
| v. | : | |
| Demetrius Anderson<br>227 Fairfield Street<br>New Haven, CT 06515 | : | CRIMINAL NO. 2004-278/2004-552 |

**TAKE NOTICE** that the Hearing scheduled on April 4, 2019 has been postponed to May 1, 2019 at 3:00 p.m. in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Paul S. Diamond, in Courtroom 14A, 14th Floor.

Very truly yours,

Lenora Kashner Wittje
Deputy Clerk to Judge Paul S. Diamond
267-299-7739

☐ INTERPRETER REQUIRED
☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM, Click here to enter a date.

Notice to:
Defendant
Rossman D. Thompson, Defense
Albert S. Glenn, A.U.S.A.
U.S. Marshal
Probation Office
Pretrial Services
Crystal Wardlaw

Cr 4 (rev. 8/97)